UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Axos Clearing LLC,

                    Petitioner,

          -against-

Joseph Aquarulo et al.,

                    Respondents.

26-CV-4796 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On June 5, 2026, Petitioners filed a petition to vacate an arbitration award. Proceedings to confirm or vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **June 29, 2026**. Respondent's opposition, if any, is due on **July 20, 2026**. Petitioners' reply, if any, is due **July 27, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **June 29, 2026**, and shall file an affidavit of such service with the court no later than **June 30, 2026**.

SO ORDERED.

Dated: June 9, 2026
    New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge